UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA                    CASE NO.:    8:15-CR-00448-CEH-TGW-2

v.

JHON CASTILLO VALLEJO

---

DEFENDANT'S SENTENCING MEMORANDUM AND
REQUEST FOR REASONABLE SENTENCE

---

      JHON CASTILLO VALLEJO, by and through his undersigned attorney, respectfully submits this Sentencing Memorandum for this Honorable Court's consideration. Mr. Castillo Vallejo requests this Court sentence him to the minimum possible sentence and thus impose a sentence of 120 months imprisonment.

## STATEMENT OF FACTS

      On October 21, 2015, the United States Coast Guard interdicted a go-fast vessel in international waters. PSR 5 - ¶13. Mr. Castillo Vallejo and his co-defendants were found on board with 160 kilograms of cocaine. PSR 5 - ¶¶15-16. On October 29, 2015, a federal grand jury returned an indictment charging Mr. Castillo Vallejo with Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine, along with the substantive offense of possession with intent to distribute 5 kilograms or more of cocaine, all while on board a vessel subject to United States jurisdiction. PSR 4 - ¶¶2-3. Mr. Castillo-Vallejo entered a guilty plea to count one of the indictment pursuant to an agreement with the United States and Mr. Castillo Vallejo was adjudged guilty on February 1, 2016. PSR 4 - ¶¶4-5.

## GUIDELINE CALCULATIONS

      Mr. Castillo Vallejo was caught with more than 150 but less than 450 kilograms of cocaine, so his base offense level is properly scored at 36.  USSG §2D1.1. He receives a two-point reduction for safety valve provisions and a three-point reduction for acceptance of responsibility for a total offense level of 31. PSR 6-7 He is properly scored as a criminal history

category I, so his guideline range is 108-135 months, with a mandatory minimum of 120 months. PSR 10 ¶60.

### REQUEST FOR REASONABLE SENTENCE OF 120 MONTHS

Mr. Castillo Vallejo respectfully requests that This Court sentence him to the minimum mandatory sentence of 120 months imprisonment. This sentence would be agreeable to the Goverment under the terms laid out in the plea agreement. The minimum sentence would be in compliance with the sentencing objectives of 18 U.S.C. § 3553. Considering Mr. Castillo Vallejo as an individual with his own unique history and characteristics this would be appropriate. Mr. Castillo Vallejo has been personally affected by the violence inflicted on Colombia by the communist FARC rebels who murdered his mother and influenced his escape to Ecuador as a child. PSR 8 ¶43. He wants to return to his family in Ecuador upon his deportation and stay away from Colombia. For these reasons, the Defendant respectfully submits a 120 month imprisonment is sufficient but not greater than necessary to achieve the Court's statutory sentencing goals.

DATED THIS 18th day of March, 2016.

Respectfully submitted,

*/s Darlene Calzon Barror*
DARLENE CALZON BARROR, ESQUIRE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically by CM/ECF system which will send an electronic filing to THE OFFICE OF THE ASSISTANT UNITED STATES ATTORNEY, this 18th day of March, 2016.

*s/Darlene Calzon Barror*
DARLENE CALZON BARROR, ESQUIRE
506 North Armenia Ave
Tampa, Florida 33609
Tel: (813) 877-6970
Fax: (813) 879-2610
Darlene@barrorlaw.com
Attorney for Defendant
Florida Bar No. 0860379